1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD F. TULAK, JR., *et al.*, | ) | Civil No. 11-cv-1677-L(WMC) |
| Plaintiffs, | ) ) | **ORDER RE: ORAL ARGUMENT** |
| v. | ) ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |

Currently scheduled on this Court's calendar for October 31, 2011 is Defendants' motion to dismiss.  (Doc. 9.)  The Court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d.1).  Accordingly, no appearances are required on October 31, 2011, and the motions will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: October 11, 2011

_____
M. James Lorenz
United States District Court Judge

11cv1677